# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Laketha Quanta Sneed,**<br>    Debtor. | Case No.:  22−30074−SDB<br>Judge:   Susan D. Barrett<br>Chapter:   13 |

## NOTICE OF DEFICIENCY

Brandi S. Lesesne, served via electronic notice

The pleading or document, Motion for Relief from Co−Debtor Stay by Bank of America, N.A. (#53), which you recently filed in the above captioned case is deficient for the reason(s) indicated:

   * Documents must comply with the Court's negative notice procedure. Notice of these procedures and copies of these forms are available on the Court's website at www.gasb.uscourts.gov.

   *The title of the pleading shows Motion for Relief from Automatic Stay and for Relief from Stay Against Co−Debtor. The first sentence of the motion references relief from the automatic stay pursuant to 11 U.S.C Section 362.

   *Please file an Amended Motion for Relief from Co−Debtor Stay removing any references to relief from automatic stay pursuant to Section 362 from the title of the motion and from the Motion for Relief from Co−Debtor Stay using the docket event Relief from Co−Debtor Stay and Notice and Opportunity for Hearing found under Motions/Application in Bankruptcy Events.

The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, *on or before March 10, 2023,* the matter may be stricken, dismissed or denied.

*Lucinda Rauback, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: **March 3, 2023**
*B−57[04/20] VWW*